**Order filed March 26, 2014**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-13-00948-CV

—————————

**RWH HOMEBUILDERS, LP, Appellant**

**V.**

**BLACK DIAMOND DEVELOPMENT LLP AND KIRBY FRANK, INC.,**
**Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-39246**

---

## O R D E R

Appellant RWH Homebuilder's brief was due March 12, 2014. No brief or motion for extension of time has been filed.

Unless RWH Homebuilder's submits a brief to the clerk of this court on or before **April 25, 2014**, the court will dismiss RWH Homebuilder's appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM